UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# TRIAL CALENDAR ORDER

The following cases are set for the trial for the **July, 2014 trial term, commencing June 30, 2014, Courtroom 13B, Sam M. Gibbons United States Courthouse[1], 801 N. Florida Avenue, Tampa, Florida, before JUDGE JAMES D. WHITTEMORE.**

The cases are listed in the order in which they will be tried, although experience indicates that at times cases may be called out of order. For the convenience of counsel, the names and telephone numbers of all counsel are furnished so that counsel may **keep themselves** informed of the progress of the cases listed prior to their own. Counsel will be notified telephonically for trial by the Courtroom Deputy Clerk. At least **24 hours notice** will be given to all parties.

Unless otherwise ordered in the pre-trial order, proposed jury instructions and any form of Special Verdict, shall be filed with the Clerk of Court and served on opposing counsel **before** jury selection, with two (2) copies marked "JUDGE'S COURTESY COPY," provided directly to Judge Whittemore's Chambers. **Please provide the Court with a disk containing your jury instructions and special verdict in WordPerfect 9.0 format.**

**Exhibit and witness lists shall be filed electronically with the Clerk of Court by the Friday before jury selection. Parties are directed to furnish three (3) copies of each to the courtroom deputy clerk before jury selection.** All exhibits are to be premarked in accordance with the attached instructions. M.D. Fla. Rule 3.07.

Counsel are reminded to advise the Court promptly of any development subsequent to the entry of this order which would in any way affect the trial of their case.

**In CRIMINAL CASES, guilty pleas should be entered before the Magistrate Judge on or before June 24, 2013** Contact the Clerk's Office at 813/301-5400 to be placed on the Magistrate's calendar for change of plea. Counsel for the defendants on bond are charged with the responsibility of notifying the defendants when the case is called for trial and that their presence is required.

**Any request for continuance** shall be presented in writing and shall include a report of every non-moving party's current support for or opposition to the requested continuance. If a request for continuance is based upon a calendar conflict with another proceeding, the request must provide the information pertinent to a resolution of the conflict (i.e., the information necessary to confirm the existence of, and to determine the applicable priority of, the conflicting events in accord with the prescriptions in the "Resolution of the Florida State-Federal Judicial Council Regarding Calendar Conflicts Between State and Federal Courts" (appended to and adopted in *Krasnow v. Navarro*, 909 F.2d 451, 455 (11th Cir. 1990), and codified in Rule 2.052, Florida Rules of Judicial Administration, as amended and adopted in Amendments to the Florida Rules of Judicial Administration, 682 So. 2d 89 (Fla. 1996)).

---

[1] Cell phones are prohibited in this facility. All parties are reminded that photo identification is required to enter the courthouse without exception.

CASE NO. 1 - JURY TRIAL

Case No. 8:13-CR-501-T-27MAP
UNITED STATES OF AMERICA
vs.
GUSTAVO ADOLFO VEGA-ARCHIBOLD

(Status Conference set 7/10/14)

Maria Chapa Lopez, AUSA 813/274-6000

Nelson Alfaro, ret 786-363-2517

---

CASE NO. 2 - JURY TRIAL - 3 days

Case No. 8:14-CR-167-T-27EAJ
UNITED STATES OF AMERICA
vs.
THOMAS MICHAEL JOHNSON

(Motion to Suppress pending)

Carlton Gammons AUSA 813/274-6000

David Little, cja 727/299-0099

---

CASE NO. 3 - JURY TRIAL - 3 days

Case No. 8:14-CR-169-T-27AEP
UNITED STATES OF AMERICA
vs.
CHRISTOPHER JAY HOOTEN

Carlton Gammons AUSA 813/274-6000

Matthew Farmer, cja 813/228-0095

---

CASE NO. 4 - JURY TRIAL - 2 days

Case No. 8:14-CR-174-T-27EAJ
UNITED STATES OF AMERICA
vs.
TERRANCE McGRATH

Stacie Harris AUSA 813/274-6000

Howard Anderson, AFPD 813/228-2715

---

CASE NO. 5 - JURY TRIAL - 5 days

Case No. 8:14-CR-184-T-27TBM
UNITED STATES OF AMERICA
vs.
MICHAEL LEE SCHMIDT

(Status Conference set 7/10/14)

Joseph Ruddy, AUSA 813/274-6000

John Trevena, ret 727/581-5813

---

IT IS SO ORDERED at Tampa, Florida this 10th day of June, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
All counsel of record, US Marshal,
U.S. Probation, Pre-Trial Services

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA AND FORT MYERS DIVISIONS

02 NOV 15 PM 2: 10

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

**STANDING ORDER RE: TRIAL PROCEDURE
IN CASES BEFORE JUDGE JAMES D. WHITTEMORE**

1. Counsel are directed to read the local rules, particularly Chapter 5 and 3.07, the contents of this Order and attached exhibits prior to trial. Questions relating thereto will be considered at pretrial or any other appropriate time. At the discretion of the Court a copy of this Order will be made a part of the record in a particular case to be considered as a Court's exhibit, not to go to the jury.

2. Copies of the jury list containing names and numbers will be furnished to counsel at trial immediately before the jury panel is called in civil and non-capital criminal cases and as provided by law in capital cases. Such information will be confirmed and further developed by the Court from the jurors during voir dire examination.

3. At criminal trials, jurors will be qualified generally after which, except when otherwise directed by the Court, thirty-five prospective jurors will be selected by lot from the panel. Sixteen will be seated in the jury box and the remaining nineteen in the audience section of the courtroom. In civil trials, where eight jurors are utilized, eighteen prospective jurors will be selected by lot from the panel and seated in the jury box.

4. All prospective jurors initially seated will be examined by the Court. The Court will instruct the jury as to its responsibilities, the presumption of the innocence, and burden of proof in criminal cases, and the type of proof required for affirmative verdict in civil cases.

The Court will obtain from the jury panel the assurance that each juror will follow the law and instructions of the Court. After questions from and instructions by the Court, the parties will be given the opportunity to submit further questions to the Court, or jurors, as determined by the Court.

The Court will then determine whether those or any additional questions are to be put to the jury or to any member separately. If additional questions are to be put to the jury, that will be done; if not, counsel will exercise challenges as provided in paragraph 5. hereof.

5. After questioning, the parties will exercise challenges outside the hearing of the jury panel. The Court will first determine all challenges for cause. The party having the burden of proof may challenge first, with the parties alternately challenging thereafter.

6. Generally, only brief opening statements should be made and counsel will be asked to inform the Court of their expected duration prior to trial.

7. In Civil Cases only:

    a. In the Court's direction the stipulation of uncontested facts from the pretrial stipulation or order will be read to the jury by the Court prior to opening statements.

    b. Before a witness is called as an expert, counsel will furnish the Court and opposing counsel a list of the expert's qualifications as such.

8. In all cases:

    a. If necessary to offer, explain or examine an exhibit, counsel shall request leave to approach the Clerk or the witness box and to use the evidence presenter system, charts or easels.

    b. Counsel and their clients are requested to stand when the jury enters or leaves the courtroom.

    c. Counsel will not take to the lectern or display to the jury, or read directly from depositions of witnesses or transcripts of trial testimony in argument to the jury without first having sought and obtained permission of the Court outside the presence of the jury, and counsel will not invite the jury to request that any or all of the testimony be read to them.

    d. The admonitions of the following excerpt from <u>Disciplinary Rule</u> 7-1106, <u>Code of Professional Responsibility</u> as approved by the Florida Bar and the American Bar Association shall be observed:

> "In appearing in his professional capacity before a tribunal, a lawyer shall not:
> (1) State or allude to any matter that he has no reasonable basis to believe is relevant to the case or that will not be supported by admissible evidence.
> (2) Ask any questions that he has not reasonable basis to believe is relevant to the case and that is intended to degrade a witness or other person.
> (3) Assert his personal knowledge of the facts in issue, except when testifying as a witness.

(4) Assert his personal opinion as to the justness of a cause, as to the credibility of a witness, as to the culpability of a civil litigant, or as to the guilt or innocence of an accused; but he may argue, on his analysis of the evidence, for any position or conclusion with respect to the matters stated herein.
(5) Fail to comply with known local customs of courtesy of practice of the bar or a particular tribunal without giving to opposing counsel timely notice of his intent not to comply.
(6) Engage in undignified or discourteous conduct which is degrading to a tribunal.
(7) Intentionally or habitually violate any established rule of procedure or of evidence." (emphasis supplied)

e. Exhibits

In order to facilitate the presentation of exhibits, the following items are attached for use of counsel:

(1) Instructions for preparation of exhibits.
(2) Forms for listing exhibits.
(3) Tags for marking exhibits.

Counsel are directed to take the following steps prior to trial:

(1) All exhibits are to be marked for identification and an itemized listing prepared.
(2) The original and one copy of documentary exhibits and listing of exhibits shall be furnished to the clerk at commencement of trial.
(3) Copies of all documentary exhibits are to be exchanged between counsel.
(4) If counsel anticipate requesting that any documentary exhibits be presented to the jury for inspection during trial, a copy of such exhibits should be available for each juror whenever feasible.

IT IS SO ORDERED this _15th_ day of November, 2002.

_____
JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record

UNITED STATES DISTRICT COURT
Middle District of Florida
Office of the Clerk
United States Courthouse
Tampa, Florida 33602

## NOTICE TO COUNSEL

In connection with the upcoming trial in this case and in accordance with Rule 3.07 M.D. Fla. Rules, enclosed are forms for your use in marking the trial exhibits.

Additionally, Rule 5.04, M.D. Fla. Rules requires counsel to offer reductions of oversized exhibits and photographs of sensitive exhibits to substitute for the original(s) for the record on appeal. Please refer to the Rule for further details.

The following requests are made so that the exhibits may be properly and completely identified at the time of trial in order to conserve trial time.

1. (Rule 3.07(b) "Upon marking the exhibits counsel shall prepare a list of such exhibits, in sequence, with a descriptive notation sufficient to identify each separately numbered exhibit, and shall furnish copies of the list to opposing counsel and **two copies to the Court at commencement of trial**".

2. Exhibits shall be identified numerically commencing with number 1. Composite exhibits shall be marked 1A, 1B, etc., with each exhibit bearing an individual tag with the appropriate party on it.

3. All exhibits shall be listed, in order, on the enclosed exhibit list with a description of each exhibit, including sub-numbers of composite exhibits.

4. All exhibits to be offered at trial must be pre-marked, and included on the exhibit list.

5. Copies of the exhibit list shall be furnished to opposing counsel and **two copies to the Clerk at the commencement of trial**.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Plaintiff(s), \_\_\_\_\_
Government \_\_\_\_\_

Case No: _____

v.

\_\_\_\_\_ Evidentiary
\_\_\_\_\_ Trial
\_\_\_\_\_ Other

Defendant(s), \_\_\_\_\_

| EXHIBIT LIST |||||
|---|---|---|---|---|
| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case Number: _____     Page _____ of _____ Pages

## EXHIBIT LIST -- CONTINUATION SHEET

| Exhibit Number | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** |
|---|---|---|
| Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: | Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: | Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: |
| U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** |
| Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: | Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: | Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: |
| U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** | U.S. District Court<br>Middle District of Florida<br>**PLAINTIFF'S EXHIBIT** |
| Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: | Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: | Exhibit Number: <br><br>Case Number: <br><br>v. <br><br>Date Identified: <br><br>Date Admitted: |

U.S. District Court
Middle District of Florida

DEFENDANT'S EXHIBIT

Exhibit Number:

Case Number:

v.

Date Identified:

Date Admitted:

U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
Case Number:
v.
Date Identified:
Date Admitted:

U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
Case Number:
v.
Date Identified:
Date Admitted:

U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
Case Number:
v.
Date Identified:
Date Admitted:

U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
Case Number:
v.
Date Identified:
Date Admitted:

U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
Case Number:
v.
Date Identified:
Date Admitted:

U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
Case Number:
v.
Date Identified:
Date Admitted:

U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
Case Number:
v.
Date Identified:
Date Admitted:

U.S. District Court
Middle District of Florida
DEFENDANT'S EXHIBIT
Exhibit Number:
Case Number:
v.
Date Identified:
Date Admitted:

| U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT** | U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT** | U.S. District Court<br>Middle District of Florida<br>**JOINT EXHIBIT** |
|---|---|---|
| Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: |
| Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: |
| Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: | Exhibit Number:<br><br>Case Number:<br><br><br>v.<br><br>Date Identified:<br><br>Date Admitted: |