UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                                    Case No. 8:13-CR-501-T-27MAP

GUSTAVO ADOLFO VEGA-ARCHIBOLD,
a/k/a El Vega,
a/k/a El Profe,
a/k/a Nestor.


## NOTICE TO COURT

The United States of America, by A. Lee Bentley, III, United States Attorney

for the Middle District of Florida, hereby notifies this Honorable Court that the

defendant in this case has died.

On April 19, 2015, the undersigned received word from Mr. Nelson Alfaro

that the defendant had passed away.

This case is set for a sentencing hearing on May 11, 2015 at 1:30.

Because of the defendant's passing there is no need for a sentencing hearing.

Therefore, the undersigned and defense counsel hereby request that said hearing

be cancelled.

Upon receipt of the defendant's death certificate, the undersigned will file the appropriate motion to dismiss the indictment.

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By    */s/ Maria Chapa Lopez*
MARIA CHAPA LOPEZ
Assistant United States Attorney
USAO No.: 071
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6125
Email:   maria.chapa@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2015, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Nelson Alfaro, Esq.

/s/ *Maria Chapa Lopez*
MARIA CHAPA LOPEZ
Assistant United States Attorney
USAO No.: 071
400 North Tampa Street, Suite 3200
Tampa, Florida   33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6125
Email:   maria.chapa@usdoj.gov